Nancy Curry, Chapter 13 Trustee
Masako Okuda, Esq. (SBN 247925)
700 South Flower Street, Suite 1215
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>MATTHEW ANDREEFF,<br><br>　　　　　　　　　Debtor. | **Case No.: 2:12-bk-40651-WB**<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND MOTION TO DISALLOW PROOF OF CLAIM NO.5 FILED BY CAPITAL RECOVERY GROUP LLC; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**<br><br>Date: May 22, 2013<br>Time: 1:30 p.m.<br>Ctrm: 1375<br>　　　255 E. Temple Street,<br>　　　Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; DEBTOR'S ATTORNEY; AND ALL OTHER INTERESTED PARTIES:**

　　　PLEASE TAKE NOTICE that the Chapter 13 Trustee will move this Court for an order disallowing a Proof of Claim No.5 of Capital Recovery Group, LLC, as agent for InSolve Recovery LLC because no information to support the claim is provided pursuant to FRBP 3001(c).

1

1     This motion will be based upon this notice, the appended Memorandum of Points and Authorities, the supporting declaration, files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented before or at the time of the hearing on this motion.

    **Pursuant to Local Bankruptcy Rule 9013-1(f), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-mentioned hearing date, file with the Court and serve upon the Chapter 13 Trustee, a written statement explaining all reasons in an opposition thereto.**

    **Failure to timely file and serve such an opposition may be deemed by the Court as a waiver of any opposition thereto and as consent to the relief requested.**

    **Wherefore**, the Trustee requests that the Court issue an order disallowing the Proof of Claim No.5 of Capital Recovery Group, LLC and for such other and further relief as the Court may deem just and proper.

Dated: March 18, 2013        Respectfully submitted,

                                    /s/ Masako Okuda
                                    Masako Okuda
                                    Attorney for Nancy Curry
                                    Chapter 13 Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   STATEMENT OF FACTS**

The debtor Matthew Andreeff ("Debtor") filed this case on September 7, 2012.

On November 9, 2012, Capital Recovery Group LLC, as agent for InSolve Recovery LLC ("Capital Recovery") filed a Proof of Claim for $3,121.48. A true and correct copy of the Proof of Claim is attached as Exhibit "A" and is incorporated herein by this reference.

The Proof of Claim reflects that the claim is unsecured and the basis for the claim is a revolving credit agreement; however, no information to support the basis for the claim is provided.

**II. ARUGMENT**

    **A.   Proof of Claim of Capital Recovery Should be Disallowed Because No Information to Support the Claim is Provided Pursuant to FRBP 3001(c)(3)(A).**

A Chapter 13 Trustee is a party in interest with standing to file a claim objection. 11 U.S.C. §§704(a)(5), 1302(b)(1).

Pursuant to 11 U.S.C. § 502(a), a filed proof of claim is deemed allowed unless a party in interest objects.

The evidentiary effect of a proof of claim is set forth in Rule 3001(f) of the Federal Rules of Bankruptcy Procedure. Rule 3001(f) provides that a proof of claim that has been properly filed by the claimant is entitled to prima facie validity.

The claimant is only entitled to have the claim considered "prima facie valid" if the claimant alleges facts sufficient to support the claim. In re Allegheny Int'l, Inc., 954 F.2d 167,173

(3rd Cir. 1992). The burden of proof then falls upon the objecting party to overcome the presumed validity and amount of the creditor's claim. Once the objecting party presents evidence to rebut the prima facie effect of the proof of claim, the ultimate burden falls upon the claimant to prove the validity and amount of its claim by a preponderance of the evidence. Id. At 174.

Here, the subject proof of claim should not be considered to be valid because no information required under FRBP 3001(c)(3)(A)[1] is provided even though the proof of claim reflects that the basis for the claim is a revolving credit agreement.

Therefore, the Chapter 13 Trustee is not able to verify the reasonableness of the amount indicated in the Proof of Claim.

---

[1] Federal Rules of Bankruptcy Procedure (FRBP) 3001(c)(3)(A) provides:

> "When a claim is based on an open-end or revolving consumer credit agreement — except one for which a security interest is claimed in the debtor's real property — a statement shall be filed with the proof of claim, including all of the following information that applies to the account:
>
> (i) THE NAME OF THE ENTITY FROM WHOM THE CREDITOR PURCHASED THE ACCOUNT;
>
> (ii) the name of the entity to whom the debt was owed at the time of an account holder's last transaction on the account;
>
> (iii) the date of an account holder's last transaction;
>
> (iv) the date of the last payment on the account; and
>
> (v) the date on which the account was charged to profit and loss."

4

Based on the foregoing, the Proof of Claim of Capital Recovery should be disallowed.

**III. CONCLUSION**

Chapter 13 Trustee prays that after a hearing on the Motion, an order be made and entered herein disallowing the Proof of Claim No.5 filed by Capital Recovery.

Dated: March 18, 2013          Respectfully submitted,

/s/ Masako Okuda
Masako Okuda
Attorney for Nancy Curry
Chapter 13 Trustee

**DECLARATION OF MASAKO OKUDA**

I, Masako Okuda, declare:

1. Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. 12-40651WB, Matthew Andreeff.

2. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

3. The debtor Matthew Andreeff ("Debtor") filed this case On September 7, 2012.

4. On November 9, 2012, Capital Recovery Group LLC, as agent for InSolve Recovery LLC ("Capital Recovery") filed a Proof of Claim for $3,121.48. A true and correct copy of the Proof of Claim is attached as Exhibit "A" and is incorporated herein by this reference.

5. The Proof of Claim reflects that the claim is unsecured and the basis for the claim is a revolving credit agreement; however, no information to support the basis for the claim is provided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on March 18, 2013.

/s/ Masako Okuda
Masako Okuda

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> 700 SOUTH FLOWER STREET, SUITE 1215
> LOS ANGELES, CA 90017

The foregoing document described as **NOTICE OF MOTION AND MOTION TO DISALLOW PROOF OF CLAIM NO.5 FILED BY CAPITAL RECOVERY GROUP LLC; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/18/2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy K Curry (TR)    ecfnc@trustee13.com
- Ameet Gandhi    agandhi@jps.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  3/18/2013, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
Matthew Andreeff
1300 S. Lake St.
Burbank, CA 91502

Creditor
InSolve Recovery, LLC, c/o Capital Recovery Group, LLC
Attn: Nichlas P. Spallas
Dept 3203
PO BOX 123203
Dallas, TX 75312-3203

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/18/2013, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Julia W. Brand
U.S. Bankruptcy Court
255 E. Temple St, Suite 1382
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/18/2013 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# EXHIBIT "A"

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT, District of Central California - Los Angeles | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Matthew Andreeff | Case Number: 12-40651 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC

**COURT USE ONLY**

Name and address where notices should be sent:
InSolve Recovery, LLC, c/o Capital Recovery Group, LLC
Dept 3203
PO BOX 123203
DALLAS, TX 75312-3203

Telephone number: 866-870-1717   email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
   (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
Same as above

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $3,121.48

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods Sold/Revolving Credit
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 5972

**3a. Debtor may have scheduled account as:** WELLS FARGO
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information

**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** _____

**Annual Interest Rate** _____% ☐ Fixed or ☐ Variable
**(when case was filed)**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

**Basis for perfection:** _____

**Amount of Secured Claim:**

**Amount Unsecured:** $3,121.48

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Nichlas P. Spallas
Title:  Agent for Creditor
Company:  Capital Recovery Group, LLC
Address and telephone number (if different from notice address above):

/s/ Nicholas P. Spallas    11/8/2012
(Signature)                 (Date)

Telephone number:        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.